# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:09-CR-0361-13-RWS |
| JOSE EDENILSON-REYES, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [298] of Magistrate Judge Alan J. Baverman. After reviewing the Report and Recommendation and the Objections [300] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motions to Suppress [175 and 188] are hereby **DENIED**.

**SO ORDERED** this   20th   day of January, 2011.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)